# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
### Case No. 16-12223

PAVARINI CONSTRUCTION CO.
(SE), INC., a Delaware Corporation,
individually, and for the use and
benefit of STEADFAST INSURANCE
COMPANY, a Delaware Corporation

      Plaintiff-Appellee,

v.                       District Court Case No. 0:14-cv-20524-JLK

ACE AMERICAN INSURANCE
COMPANY, a Pennsylvania
Corporation

      Defendant-Appellant.
_____/

## CERTIFICATE OF INTERESTED PERSONS

JONATHAN D. HACKER
O'MELVENY & MYERS LLP
jhacker@omm.com
1625 Eye Street N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorney for Appellant ACE American Insurance Company*

Dated: May 26, 2016

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

In compliance with Eleventh Circuit Rules 26.1-1 and 27-1, the undersigned certifies that the following is a complete list of all trial judge(s), attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case or appeal, and includes subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

ACE American Insurance Co., Defendant-Appellant;

AIG, an organization affiliated with American Home Assurance Company;

American Home Assurance Company, an insurance company that issued the primary policy in this case;

Christopher S. Carver, Counsel for Steadfast Insurance;

Chubb Corporation, corporate parent of Defendant-Appellant ACE American Insurance Co.;

Damian & Valori, LLP, Trial Counsel to Plaintiff-Appellee Pavarini Construction Co.;

David T. Dekker, Trial Counsel to Plaintiff-Appellee Pavarini Construction Co.;

1

Eric M. Gold, Trial Counsel to Plaintiff-Appellee Pavarini Construction Co.;

Jonathan D. Hacker, Appellate Counsel for Defendant-Appellant;

L.F. Driscoll Company, LLC, an affiliated organization of Plaintiff-Appellee
Pavarini Construction Co.;

Laura Freid-Studlo, Trial Counsel to Plaintiff-Appellee Pavarini
Construction Co.;

Laura R. Thompson, Trial Counsel to Plaintiff-Appellee Pavarini
Construction Co.;

Melissa C. Lesmes, Trial Counsel to Plaintiff-Appellee Pavarini
Construction Co.;

Pavarini Construction Co., Inc., Plaintiff-Appellee;

Pavarini McGovern, LLC, an affiliated organization of Plaintiff-Appellee
Pavarini Construction Co.;

Peter F. Valori, Trial Counsel to Plaintiff-Appellee Pavarini Construction
Co.;

Pillsbury Winthrop Shaw Pittman LLP, Trial Counsel to Plaintiff-Appellee
Pavarini Construction Co.;

Russell M. Landy, Trial Counsel to Plaintiff-Appellee Pavarini Construction
Co.;

Steadfast Insurance Company, an insurance company that issued an

insurance policy to Plaintiff-Appellee Pavarini Construction Co.

relevant to this case;

Stephen S. Asay, Trial Counsel to Plaintiff-Appellee Pavarini Construction

Co.;

Structure Tone Inc., an affiliated organization of Plaintiff-Appellee Pavarini

Construction Co.;

Structure Tone Southwest, Inc., an affiliated organization of Plaintiff-

Appellee Pavarini Construction Co.;

Structure Tone (UK), Inc., an affiliated organization of Plaintiff-Appellee

Pavarini Construction Co.;

Zurich Insurance North America, an affiliate of Steadfast Insurance

Company.

By: /s/ Jonathan D. Hacker
　　　Jonathan D. Hacker
　　　*Attorney for Defendant-Appellant*
　　　*ACE American Insurance Co.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2016, the foregoing was filed

with the Clerk of the Court using the appellate CM/ECF system and served on the

following counsel of record via the CM/ECF system:

David T. Dekker
Melissa C. Lesmas
Laura Freid-Studlo
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-9384
david.dekker@pillsburylaw.com
melissa.lesmes@pillsburylaw.com
laura.freidstudlo@pillsburylaw.com

Peter F. Valori
Russell M. Landy
Damian & Valori, LLP
1000 Brickell Avenue, Ste. 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
pvalori@dvllp.com
rlandy@dvllp.com

Dated: May 26, 2016

/s/ Jonathan D. Hacker
JONATHAN D. HACKER
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorney for Appellant ACE American Insurance Co.*